Joshua D. McMahon, Esq.
William Perry Pendley, Esq. (Wyo. Bar No. 20995)
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
Telephone:  (303) 292-2021
Facsimile:  (303) 292-1980
jmcmahon@mountainstateslegal.com
wppendley@mountainstateslegal.com

Attorneys for Defendant Marvin M. Brandt

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 06CV184-J |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNOPPOSED MOTION TO** |
| v. | ) | **AMEND TO SUBSTITUTE** |
| | ) | **REAL PARTIES IN INTEREST** |
| WYOMING AND COLORADO RAILROAD | ) | **AND TO AMEND THE** |
| COMPANY, INC., *et al.*, | ) | **CAPTION** |
| | ) | |
| Defendants. | ) | |
| | ) | |

COMES NOW, Defendant Marvin M. Brandt, pursuant to Fed.R.Civ.P. Rules 15, 17, and 25, and moves this Court for leave to amend his Answer and Counterclaims to substitute the real parties in interest and to amend the caption. The grounds for this motion are as follows:

1. On July 14, 2006, Plaintiff United States of America filed its Complaint for Declaratory Judgment of Abandonment and to Quiet Title seeking, *inter alia*, a declaratory judgment that the Wyoming and Colorado Railroad Company, Inc., a right-of-way lying within the Medicine Bow National Forest in the State of Wyoming ("right-of-way") has been abandoned and that all right, title, and interest in and to the right-of-way is vested in the United States.

2. On August 8, 2006, Marvin M. Brandt filed his Answer and Counterclaims, essentially denying Plaintiff's claims and asserting that, *inter alia*, title to the right-of-way should be quieted in his favor, or in the alternative, that just compensation be awarded him for the taking of the right-of-way.

3. On February 28, 2007, the Court ordered the case bifurcated, the quiet title action is to be decided first, and takings claims are stayed pending resolution of the quiet title claims.

4. On March 9, 2007, Plaintiff filed its Amended Complaint for Declaratory Judgment of Abandonment and to Quiet Title.

5. While preparing Defendant Marvin M. Brandt's Motion for Summary Judgment, undersigned counsel was made aware that the real parties in interest are Marvin M. Brandt Revocable Trust and Marvin M. Brandt, Trustee. To that end, undersigned counsel was made aware of the following facts:

On June 24, 2002, Marvin M. Brandt created the Marvin M. Brandt Revocable Trust and designated himself trustee. Concurrently, Marvin M. Brandt conveyed a Warranty Deed to the Marvin M. Brandt Revocable Trust, the following property:

> Lots 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 17, 18, 19, 20, 21, 22, 23, 34, 37, 38, 41, 42, 43, 45, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 58, 59, and 60 Fox Park Estates in Government Tract 37, Section 21, Township 13 North, Range 78 West of the 6th P.M., Albany County, Wyoming.

6. Accordingly, Defendant submits that the real parties in interest are Marvin M. Brandt Revocable Trust and Marvin M. Brandt, Trustee.

7. Additionally, Defendant submits that the caption should be changed to reflect the real parties in interest and that Marvin M. Brandt Revocable Trust and Marvin M. Brandt, Trustee, should be substituted for Marvin M. Brandt, in his individual capacity, as defendants.

8. The undersigned counsel for Defendant Marvin M. Brandt consulted with counsel for Plaintiff, Nicholas Vassallo, who does not oppose the filing of this motion.

WHEREFORE, Defendant Marvin M. Brandt moves for leave to amend his Answer and Counterclaims to substitute as the real parties in interest Marvin M. Brandt Revocable Trust and Marvin M. Brandt, Trustee, and that the caption be amended accordingly.

DATED this 1st day of October, 2007.

        Respectfully submitted by:
        MOUNTAIN STATES LEGAL FOUNDATION


        /s/ Joshua D. McMahon
        Joshua D. McMahon, Esq.
        William Perry Pendley, Esq. (Wyo. Bar No. 20995)
        2596 South Lewis Way
        Lakewood, Colorado 80227
        Telephone:  (303) 292-2021
        Facsimile:  (303) 292-1980
        jmcmahon@mountainstateslegal.com
        wppendley@mountainstateslegal.com

        Attorneys for Defendant Marvin M. Brandt

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 1st day of October, 2007, I filed the foregoing **UNOPPOSED MOTION TO AMEND TO SUBSTITUTE REAL PARTIES IN INTEREST AND TO AMEND THE CAPTION** electronically through the CM/ECF system, which caused the following to be served by electronic means:

Carol A. Statkus
Nicholas Vassallo
Assistant U.S. Attorneys
P.O. Box 668
Cheyenne, Wyoming 82003-0668
carol.statkus@usdoj.gov
nick.vassallo@usdoj.gov

*Counsel for Plaintiff*

  I hereby certify that on this 1st day of October, 2007, I sent a true and accurate copy of **UNOPPOSED MOTION TO AMEND TO SUBSTITUTE REAL PARTIES IN INTEREST AND TO AMEND THE CAPTION** by U.S. Mail, first class, postage paid, addressed as follows:

| | |
|---|---|
| Charles Michael Aron<br>Aron & Hennig<br>1472 North 5th Street<br>Laramie, Wyoming 82072<br>(307) 742-6645<br>cma@a-hlaw.com<br><br>*Counsel for Lawrence R. Otterstein and Ginny L. Otterstein* | Theodore C. Preston<br>Prehoda, Leonard & Janack<br>P.O. Box 789<br>Laramie, Wyoming 82073<br>(307) 742-7896<br>tpreston @laramielaw.com<br><br>*Counsel for DuWayne and Elizabeth Keeney, Kenneth R. Lankford, II, Kenneth R. Lankford, Sr., Patrick and Patricia Rinker* |
| Karl Morell<br>Ball Jank, LLP<br>1455 F Street, N.W., Suite 225<br>Washington, D.C. 20005<br><br>*Attorney for Wyoming & Colorado Railroad Company, Inc.* | Mason F. Skiles<br>Skiles & Associates, LLC<br>502 South 4th Street<br>Laramie, Wyoming 82070<br>skilesassoc@tribcsp.com<br><br>*Counsel for Gary and June Williams* |

4

Philip A. Nicholas
Anthony Nicholas Goodrich & Tangeman
P.O. Box 928
Laramie, Wyoming 82073-0928
(307) 742-7140
nicholas@wyolegal.com

*Counsel for Breazeale Revocable Trust and Daniel and Susan McNierney*

James P. Schermetzler
Richard Carl Bohling
Albany County Attorney's Office
Albany County, Wyoming
525 East Grand Avenue, Suite 100
Laramie, Wyoming 82070
jschermetzler@co.albany.wy.us

*Attorney for Albany County Commissioners*

Bunn Family Trust
Debra R. Hinkel, Trustee
P.O. Box 1010
Laramie, Wyoming 82073

Ray L. Waits
8736 South Carr Street
Littleton, Colorado 80128

Snowy Range Properties, LLC
1148 State Highway 11
Laramie, Wyoming 82070

Marilyn Flint and Marjorie Secrest
11 French Creek Road
Laramie, Wyoming 82070

Duane and Patricia King
1802 Arnold Street
Laramie, Wyoming 82070

Karen J. Budd-Falen
Budd-Falen Law Offices
300 East 18th Street
P.O. Box 346
Cheyenne, Wyoming 82003
(307) 632-5105
main@buddfalen.com

*Counsel for David and Marilyn Yeutter and Roger L. Morgan*

Gay Vanderpoel Woodhouse
Gay Woodhouse Law Office
211 West 19th Street, Suite 308
Cheyenne, Wyoming 82001
gaywoodhouselaw@aol.com

*Attorney for Donald and Wanda Graff*

Juan and Susan Torres
3513 Limestone Court
Fort Collins, Colorado 80525

Glenna Louise Marrs Trust
Glenna Marrs and Rondal Wayne, Trustee
652 U.S. Highway 287
Laramie, Wyoming 82070

Michael and Sally Palmer
715 South 11th Street
Laramie, Wyoming 82070

Ralph L. Lockart
P.O. Box 36
Laramie, Wyoming 82073

/s/ Joshua D. McMahon
Joshua D. McMahon, Esq.