JOHN R. GREEN
Acting United States Attorney
CAROL A. STATKUS
NICHOLAS VASSALLO
Assistant United States Attorneys
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone:  307-772-2124
Facsimile:   307-772-2123
carol.statkus@usdoj.gov
nick.vassallo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No.  06-CV-0184J |
| | ) | and |
| | ) | |
| WYOMING AND COLORADO | ) | Consolidated Case No. 06-CV-171J |
| RAILROAD COMPANY, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES' MOTION FOR SUMMARY JUDGMENT ON THE SECOND COUNTERCLAIM OF DEFENDANTS/COUNTERCLAIMANTS MARVIN M. BRANDT REVOCABLE TRUST AND MARVIN M. BRANDT, TRUSTEE**

Pursuant to Fed. R. Civ. P. 56, the United States, by and through the Acting United States

Attorney for the District of Wyoming and Assistant United States Attorneys Carol A. Statkus

and Nicholas Vassallo, moves for summary judgment in the United States' favor on the

Second Counterclaim for Quiet Title of Defendants/Counterclaimants Marvin M. Brandt Revocable Trust and Marvin M. Brandt, Trustee[1] for the reason that there is no genuine issue of material fact and the United States is entitled to judgment as a matter of law.  A brief, as well as the declarations of Clinton D. Kyhl, P. Michael Winters, and Curtiss J. Orde, are filed with this motion in support of it.

    Dated this 10th day of October, 2007.

                                      JOHN R. GREEN
                                      Acting United States Attorney

                By: _____
                     CAROL A. STATKUS
                     NICHOLAS VASSALLO
                     Assistant United States Attorneys
                     Attorneys for the Plaintiff

---

[1] The United States has agreed to the substitution of the Marvin M. Brandt Revocable Trust and Marvin M. Brandt, Trustee as the real parties in interest in place of Marvin M. Brandt in his individual capacity.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 10, 2007, I served the foregoing UNITED STATES' MOTION FOR SUMMARY JUDGMENT ON THE SECOND COUNTERCLAIM OF DEFENDANTS/COUNTERCLAIMANTS MARVIN M. BRANDT REVOCABLE TRUST AND MARVIN M. BRANDT, TRUSTEE upon the following by the methods indicated below:

| | |
|---|---|
| Charles Michael (Steve) Aron | [ ] By Facsimile |
| Aron and Henning, LLP | [ ] By U.S. Mail - postage prepaid |
| 1427 North Fifth Street, Suite 201 | [ ] By Hand Delivery |
| Laramie, WY 82072 | [ ] By Overnight Courier |
| cma@a-hlaw.com | [X] By Electronic Filing |
| *Attorney for Lawrence and Ginny Otterstein* | |
| | |
| William Perry Pendley | [ ] By Facsimile |
| Joshua D. McMahon | [ ] By U.S. Mail - postage prepaid |
| Mountain States Legal Foundation | [ ] By Hand Delivery |
| 2596 South Lewis Way | [ ] By Overnight Courier |
| Lakewood, CO 80227 | [X] By Electronic Filing |
| wppendley@mountainstateslegal.com | |
| *Attorney for Marvin M. Brandt* | |
| | |
| Richard C. Bohling | [ ] By Facsimile |
| Albany County Attorney's Office | [ ] By U.S. Mail - postage prepaid |
| 525 Grand Avenue, Suite 304 | [ ] By Hand Delivery |
| Laramie, WY 82070 | [ ] By Overnight Courier |
| rbohling@co.albany.wy.us | [X] By Electronic Filing |
| *Attorney for Albany County Commissioners* | |
| | |
| James P. Schermetzler | [ ] By Facsimile |
| Albany County Attorney's Office | [ ] By U.S. Mail - postage prepaid |
| 525 Grand Avenue, Suite 100 | [ ] By Hand Delivery |
| Laramie, WY 82070 | [ ] By Overnight Courier |
| jschermetzler@co.albany.wy.us | [X] By Electronic Filing |
| *Attorney for Albany County Commissioner* | |

Karen J. Budd-Falen  
Brandon Lee Jensen  
Budd-Falen Law Offices LLC  
P.O. Box 346  
Cheyenne, WY 82003-0346  
main@buddfalen.com  
*Attorney for Roger L. Morgan;*  
*Marilyn & David Yeutter; and Ronald B. and*  
*Helen D. Yeutter*

[ ] By Facsimile  
[ ] By U.S. Mail - postage prepaid  
[ ] By Hand Delivery  
[ ] By Overnight Courier  
[X] By Electronic Filing

Philip A. Nicholas  
Anthony, Nicholas, Goodrich & Tangeman  
P.O. Box 928  
Laramie, WY 82073  
nicholas@wyolegal.com  
*Attorney for Daniel & Susan McNierney and*  
*Breazeale Revocable Trust*

[ ] By Facsimile  
[ ] By U.S. Mail - postage prepaid  
[ ] By Hand Delivery  
[ ] By Overnight Courier  
[X] By Electronic Filing

Theodore C. Preston  
Prehoda, Leonard & Hanack, LLC  
P.O. Box 789  
Laramie, WY 82073-0789  
tpreston@laramielaw.com  
*Attorney for Patrick R. and Lynda L. Rinker;*  
*and Patricia A. Rinker Flanigin*  
*DuWayne & Elizabeth Keeney*  
*Kenneth R. Lankford Sr.*  
*Kenneth R. Lankford, II*

[ ] By Facsimile  
[ ] By U.S. Mail - postage prepaid  
[ ] By Hand Delivery  
[ ] By Overnight Courier  
[X] By Electronic Filing

Mason F. Skiles  
Skiles & Rodriguez  
502 South 4th Street  
Laramie, WY 82070  
*Attorney for Gary & June Williams and*  
*Edmund L. and Donna Ellen Gruber*

[ ] By Facsimile  
[X] By U.S. Mail - postage prepaid  
[ ] By Hand Delivery  
[ ] By Overnight Courier  
[ ] By Electronic Filing

| | |
|---|---|
| Gay Vanderpoel Woodhouse<br>Gay Woodhouse Law Office<br>211 West 19th Street, Suite 308<br>Cheyenne, WY 82001<br>gaywoodhouselaw@aol.com<br>*Attorney for Donald & Wanda Graff* | [ ] By Facsimile<br>[ ] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[X] By Electronic Filing |
| Karl Morell<br>Ball Janik, LLP<br>1455 F Street N.W., Suite 225<br>Washington, D.C. 20005<br>kmorell@dc.bjllp.com<br>*Attorney for Wyoming & Colorado Railroad Company, Inc.* | [ ] By Facsimile<br>[ ] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[X] By Electronic Filing |
| Juan and Susan Torres<br>3513 Linestone Court<br>Fort Collins, CO 80525 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |
| Bunn Family Trust<br>Debra R. Hinkel, Trustee<br>P.O. Box 1010<br>Laramie, WY 82073 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |
| Ralph L. Lockhart<br>P.O. Box 36<br>Laramie, WY 82073 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |
| Duane and Patricia King<br>1802 Arnold Street<br>Laramie, WY 82070 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |

| | |
|---|---|
| Marilyn Flint and Marjorie Secrest<br>17200 West Bell Road, Lot 2146<br>Surprise, AZ 85374<br><br>or<br><br>11 French Creek Road<br>Laramie, WY 82070-9718 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |
| Glenna Louise Marrs Trust<br>Glenna Marrs and Rondal Wayne, Trustees<br>376 Gilmore Gulch<br>Laramie, WY 82070 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |
| Snowy Range Properties, LLC<br>1148 State Highway 11<br>Laramie, WY 82070 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |
| Ray L. Waits<br>8736 S. Carr Street<br>Littleton, CO 80128-6914 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |
| Michael and Sally Palmer<br>715 S. 11th Street<br>Laramie, WY 82070 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |
| Robert S. and Dorothy M. Pearce<br>David M. Pearce, Steve M. Pearce and<br>Kathlynn A. Lambert<br>2990 Plateau Drive<br>Salt Lake City, UT 84109 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |

Steven P. And Janis A. Taffe  [ ] By Facsimile
4062 Hwy 230  [X] By U.S. Mail - postage prepaid
Laramie, WY 82070  [ ] By Hand Delivery
[ ] By Overnight Courier
[ ] By Electronic Filing

Billy M. and Tobin L. Ratliff  [ ] By Facsimile
719 South 4th Street  [X] By U.S. Mail - postage prepaid
Laramie, WY 82070  [ ] By Hand Delivery
[ ] By Overnight Courier
[ ] By Electronic Filing

_____
For the United States Attorney's Office