JOHN R. GREEN
Acting United States Attorney
CAROL A. STATKUS
NICHOLAS VASSALLO
Assistant United States Attorneys
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
Facsimile:  307-772-2123
carol.statkus@usdoj.gov
nick.vassallo@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  06-CV-0184J |
| ) | and |
| WYOMING AND COLORADO ) | Consolidated Case No. 06-CV-171J |
| RAILROAD COMPANY, INC., et al. ) | |
| ) | |
| Defendants. ) | |

**UNITED STATES' MOTION FOR SUMMARY JUDGMENT
ON ITS CLAIMS FOR A JUDICIAL DECLARATION OF ABANDONMENT
AND AN ORDER QUIETING TITLE IN FAVOR OF THE UNITED STATES**

Plaintiff United States, by and through the United States Attorney for the District of Wyoming and Assistant United States Attorneys Carol A. Statkus and Nicholas Vassallo, respectfully moves the Court for an order granting summary judgment in its favor on the claims set forth in its Amended Complaint for a judicial declaration of abandonment and an

order quieting title in its favor. The grounds for this motion are that there is no genuine issue of material fact on these claims and the United States is entitled to judgment as a matter of law. In support of this motion, the United States relies upon its "Brief in Support of Motion for Summary Judgment on its Claims for a Judicial Declaration of Abandonment and an Order Quieting Title in Favor of the United States" and the attachments to that brief.

Respectfully submitted this 10th day of October, 2007.

                                JOHN R. GREEN
                                Acting United States Attorney

By: _____
     CAROL A. STATKUS
     NICHOLAS VASSALLO
     Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 10, 2007, I served the foregoing ***UNITED STATES' MOTION FOR SUMMARY JUDGMENT ON ITS CLAIMS FOR A JUDICIAL DECLARATION OF ABANDONMENT AND AN ORDER QUIETING TITLE IN FAVOR OF THE UNITED STATES*** upon the following by the methods indicated below:

| | |
|---|---|
| Charles Michael (Steve) Aron | [ ] By Facsimile |
| Aron and Henning, LLP | [ ] By U.S. Mail - postage prepaid |
| 1427 North Fifth Street, Suite 201 | [ ] By Hand Delivery |
| Laramie, WY 82072 | [ ] By Overnight Courier |
| cma@a-hlaw.com | [X] By Electronic Filing |
| *Attorney for Lawrence and Ginny Otterstein* | |

| | |
|---|---|
| William Perry Pendley | [ ] By Facsimile |
| Joshua D. McMahon | [ ] By U.S. Mail - postage prepaid |
| Mountain States Legal Foundation | [ ] By Hand Delivery |
| 2596 South Lewis Way | [ ] By Overnight Courier |
| Lakewood, CO 80227 | [X] By Electronic Filing |
| wppendley@mountainstateslegal.com | |
| *Attorney for Marvin M. Brandt* | |

| | |
|---|---|
| Richard C. Bohling | [ ] By Facsimile |
| Albany County Attorney's Office | [ ] By U.S. Mail - postage prepaid |
| 525 Grand Avenue, Suite 304 | [ ] By Hand Delivery |
| Laramie, WY 82070 | [ ] By Overnight Courier |
| rbohling@co.albany.wy.us | [X] By Electronic Filing |
| *Attorney for Albany County Commissioners* | |

| | |
|---|---|
| James P. Schermetzler | [ ] By Facsimile |
| Albany County Attorney's Office | [ ] By U.S. Mail - postage prepaid |
| 525 Grand Avenue, Suite 100 | [ ] By Hand Delivery |
| Laramie, WY 82070 | [ ] By Overnight Courier |
| jschermetzler@co.albany.wy.us | [X] By Electronic Filing |
| *Attorney for Albany County Commissioner* | |

| | |
|---|---|
| Karen J. Budd-Falen<br>Brandon Lee Jensen<br>Budd-Falen Law Offices LLC<br>P.O. Box 346<br>Cheyenne, WY 82003-0346<br>main@buddfalen.com<br>*Attorney for Roger L. Morgan;*<br>*Marilyn & David Yeutter; and Ronald B. and*<br>*Helen D. Yeutter* | [ ] By Facsimile<br>[ ] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[X] By Electronic Filing |
| Philip A. Nicholas<br>Anthony, Nicholas, Goodrich & Tangeman<br>P.O. Box 928<br>Laramie, WY 82073<br>nicholas@wyolegal.com<br>*Attorney for Daniel & Susan McNierney and*<br>*Breazeale Revocable Trust* | [ ] By Facsimile<br>[ ] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[X] By Electronic Filing |
| Theodore C. Preston<br>Prehoda, Leonard & Hanack, LLC<br>P.O. Box 789<br>Laramie, WY 82073-0789<br>tpreston@laramielaw.com<br>*Attorney for Patrick R. and Lynda L. Rinker;*<br>*and Patricia A. Rinker Flanigin*<br>*DuWayne & Elizabeth Keeney*<br>*Kenneth R. Lankford Sr.*<br>*Kenneth R. Lankford, II* | [ ] By Facsimile<br>[ ] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[X] By Electronic Filing |
| Mason F. Skiles<br>Skiles & Rodriguez<br>502 South 4th Street<br>Laramie, WY 82070<br>*Attorney for Gary & June Williams and*<br>*Edmund L. and Donna Ellen Gruber* | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |

| | |
|---|---|
| Gay Vanderpoel Woodhouse<br>Gay Woodhouse Law Office<br>211 West 19th Street, Suite 308<br>Cheyenne, WY 82001<br>gaywoodhouselaw@aol.com<br>*Attorney for Donald & Wanda Graff* | [ ] By Facsimile<br>[ ] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[X] By Electronic Filing |
| Karl Morell<br>Ball Janik, LLP<br>1455 F Street N.W., Suite 225<br>Washington, D.C. 20005<br>kmorell@dc.bjllp.com<br>*Attorney for Wyoming & Colorado Railroad Company, Inc.* | [ ] By Facsimile<br>[ ] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[X] By Electronic Filing |
| Juan and Susan Torres<br>3513 Linestone Court<br>Fort Collins, CO 80525 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |
| Bunn Family Trust<br>Debra R. Hinkel, Trustee<br>P.O. Box 1010<br>Laramie, WY 82073 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |
| Ralph L. Lockhart<br>P.O. Box 36<br>Laramie, WY 82073 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |
| Duane and Patricia King<br>1802 Arnold Street<br>Laramie, WY 82070 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |

| | |
|---|---|
| Marilyn Flint and Marjorie Secrest<br>17200 West Bell Road, Lot 2146<br>Surprise, AZ 85374 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |
| Glenna Louise Marrs Trust<br>Glenna Marrs and Rondal Wayne, Trustees<br>376 Gilmore Gulch<br>Laramie, WY 82070 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |
| Snowy Range Properties, LLC<br>1148 State Highway 11<br>Laramie, WY 82070 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |
| Ray L. Waits<br>8736 S. Carr Street<br>Littleton, CO 80128-6914 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |
| Michael and Sally Palmer<br>715 S. 11th Street<br>Laramie, WY 82070 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |
| Robert S. and Dorothy M. Pearce<br>David M. Pearce, Steve M. Pearce and<br>Kathlynn A. Lambert<br>2990 Plateau Drive<br>Salt Lake City, UT 84109 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |

| | |
|---|---|
| Steven P. And Janis A. Taffe<br>4062 Hwy 230<br>Laramie, WY 82070 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |
| Billy M. and Tobin L. Ratliff<br>719 South 4th Street<br>Laramie, WY 82070 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |

_____
Kelli R. Kozeal
For the United States Attorney's Office