JOHN R. GREEN
Acting United States Attorney
CAROL A. STATKUS
NICHOLAS VASSALLO
Assistant United States Attorneys
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone:  307-772-2124
Facsimile:   307-772-2123
carol.statkus@usdoj.gov

nick.vassallo@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.                                   ) | No.  06-CV-0184J |
| ) | and |
| WYOMING AND COLORADO ) | Consolidated Case No. 06-CV-171J |
| RAILROAD COMPANY, INC., et al.       ) | |
| ) | |
| Defendants. ) | |

### UNITED STATES' SUBMISSION OF PROPOSED FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDERS GRANTING SUMMARY JUDGMENT IN FAVOR OF THE UNITED STATES

In accordance with the Order on Initial Pretrial Conference and U.S.D.C.L.R. 7.1(b)(2)(D), Plaintiff United States, by and through the United States Attorney for the District of Wyoming and Assistant United States Attorneys Carol A. Statkus and Nicholas

Vassallo, respectfully submits the attached proposed orders.  The proposed findings of fact and conclusions of law are incorporated in the orders.

Respectfully submitted this 13th day of November, 2007.

                JOHN R. GREEN
                Acting United States Attorney


By: _____
      CAROL A. STATKUS
      NICHOLAS VASSALLO
      Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2007, I served the foregoing **UNITED STATES' SUBMISSION OF PROPOSED FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDERS GRANTING SUMMARY JUDGMENT IN FAVOR OF THE UNITED STATES** upon the following by the methods indicated below:

| | |
|---|---|
| Charles Michael (Steve) Aron<br>Aron and Henning, LLP<br>1427 North Fifth Street, Suite 201<br>Laramie, WY 82072<br>cma@a-hlaw.com<br>*Attorney for Lawrence and Ginny Otterstein* | [ ] By Facsimile<br>[ ] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[X] By Electronic Filing |
| William Perry Pendley<br>Joshua D. McMahon<br>Mountain States Legal Foundation<br>2596 South Lewis Way<br>Lakewood, CO 80227<br>wppendley@mountainstateslegal.com<br><br>*Attorney for Marvin M. Brandt* | [ ] By Facsimile<br>[ ] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[X] By Electronic Filing |
| Richard C. Bohling<br>Albany County Attorney's Office<br>525 Grand Avenue, Suite 304<br>Laramie, WY 82070<br>rbohling@co.albany.wy.us<br>*Attorney for Albany County Commissioners* | [ ] By Facsimile<br>[ ] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[X] By Electronic Filing |

| | |
|---|---|
| James P. Schermetzler<br>Albany County Attorney's Office<br>525 Grand Avenue, Suite 100<br>Laramie, WY 82070<br>jschermetzler@co.albany.wy.us<br>*Attorney for Albany County Commissioner* | [ ] By Facsimile<br>[ ] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[X] By Electronic Filing |
| Karen J.Budd-Falen<br>Brandon Lee Jensen<br>Budd-Falen Law Offices LLC<br>P.O. Box 346<br>Cheyenne, WY 82003-0346<br>main@buddfalen.com<br>*Attorney for Roger L. Morgan;*<br>*Marilyn & David Yeutter; and Ronald B.*<br>*and Helen D. Yeutter* | [ ] By Facsimile<br>[ ] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[X] By Electronic Filing |
| Philip A. Nicholas<br>Anthony, Nicholas, Goodrich & Tangeman<br>P.O. Box 928<br>Laramie, WY 82073<br>nicholas@wyolegal.com<br>*Attorney for Daniel & Susan McNierney*<br>*and*<br>*Breazeale Revocable Trust* | [ ] By Facsimile<br>[ ] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[X] By Electronic Filing |
| Theodore C. Preston<br>Prehoda, Leonard & Hanack, LLC<br>P.O. Box 789<br>Laramie, WY 82073-0789<br>tpreston@laramielaw.com<br>*Attorney for Patrick R. and Lynda L.*<br>*Rinker; and Patricia A. Rinker Flanigin*<br>*DuWayne & Elizabeth Keeney*<br>*Kenneth R. Lankford Sr.*<br>*Kenneth R. Lankford, II* | [ ] By Facsimile<br>[ ] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[X] By Electronic Filing |

| | |
|---|---|
| Mason F. Skiles | [ ] By Facsimile |
| Skiles & Rodriguez | [X] By U.S. Mail - postage prepaid |
| 502 South 4th Street | [ ] By Hand Delivery |
| Laramie, WY 82070 | [ ] By Overnight Courier |
| *Attorney for Gary & June Williams and* | [ ] By Electronic Filing |
| *Edmund L. and Donna Ellen Gruber* | |
| | |
| Gay Vanderpoel Woodhouse | [ ] By Facsimile |
| Gay Woodhouse Law Office | [ ] By U.S. Mail - postage prepaid |
| 211 West 19th Street, Suite 308 | [ ] By Hand Delivery |
| Cheyenne, WY 82001 | [ ] By Overnight Courier |
| gaywoodhouselaw@aol.com | [X] By Electronic Filing |
| *Attorney for Donald & Wanda Graff* | |
| | |
| Karl Morell | [ ] By Facsimile |
| Ball Janik, LLP | [ ] By U.S. Mail - postage prepaid |
| 1455 F Street N.W., Suite 225 | [ ] By Hand Delivery |
| Washington, D.C. 20005 | [ ] By Overnight Courier |
| kmorell@dc.bjllp.com | [X] By Electronic Filing |
| *Attorney for Wyoming & Colorado Railroad Company, Inc.* | |
| | |
| Juan and Susan Torres | [ ] By Facsimile |
| 3513 Linestone Court | [X] By U.S. Mail - postage prepaid |
| Fort Collins, CO 80525 | [ ] By Hand Delivery |
| | [ ] By Overnight Courier |
| | [ ] By Electronic Filing |
| | |
| Bunn Family Trust | [ ] By Facsimile |
| Debra R. Hinkel, Trustee | [X] By U.S. Mail - postage prepaid |
| P.O. Box 1010 | [ ] By Hand Delivery |
| Laramie, WY 82073 | [ ] By Overnight Courier |
| | [ ] By Electronic Filing |

Ralph L. Lockhart                              [ ] By Facsimile
P.O. Box 36                                    [X] By U.S. Mail - postage prepaid
Laramie, WY 82073                              [ ] By Hand Delivery
                                               [ ] By Overnight Courier
                                               [ ] By Electronic Filing

Duane and Patricia King                        [ ] By Facsimile
1802 Arnold Street                             [X] By U.S. Mail - postage prepaid
Laramie, WY 82070                              [ ] By Hand Delivery
                                               [ ] By Overnight Courier
                                               [ ] By Electronic Filing

Marilyn Flint and Marjorie Secrest             [ ] By Facsimile
17200 West Bell Road, Lot 2146                 [X] By U.S. Mail - postage prepaid
Surprise, AZ 85374                             [ ] By Hand Delivery
                                               [ ] By Overnight Courier
                                               [ ] By Electronic Filing

Glenna Louise Marrs Trust                      [ ] By Facsimile
Glenna Marrs and Rondal Wayne,                 [X] By U.S. Mail - postage prepaid
Trustees                                       [ ] By Hand Delivery
376 Gilmore Gulch                              [ ] By Overnight Courier
Laramie, WY 82070                              [ ] By Electronic Filing

Snowy Range Properties, LLC                    [ ] By Facsimile
1148 State Highway 11                          [X] By U.S. Mail - postage prepaid
Laramie, WY 82070                              [ ] By Hand Delivery
                                               [ ] By Overnight Courier
                                               [ ] By Electronic Filing

Ray L. Waits                                   [ ] By Facsimile
8736 S. Carr Street                            [X] By U.S. Mail - postage prepaid
Littleton, CO 80128-6914                       [ ] By Hand Delivery
                                               [ ] By Overnight Courier
                                               [ ] By Electronic Filing

| | |
|---|---|
| Michael and Sally Palmer<br>715 S. 11th Street<br>Laramie, WY 82070 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |
| Robert S. and Dorothy M. Pearce<br>David M. Pearce, Steve M. Pearce and<br>Kathlynn A. Lambert<br>2990 Plateau Drive<br>Salt Lake City, UT 84109 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |
| Steven P. And Janis A. Taffe<br>4062 Hwy 230<br>Laramie, WY 82070 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |
| Billy M. and Tobin L. Ratliff<br>719 South 4th Street<br>Laramie, WY 82070 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |

_____
Melody Morse
For the United States Attorney's Office