JOHN R. GREEN
Interim United States Attorney
CAROL A. STATKUS
NICHOLAS VASSALLO
Assistant United States Attorneys
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
Facsimile: 307-772-2123

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-CV-0184J |
| ) | and |
| ) | Consolidated Case |
| WYOMING AND COLORADO ) | No. 06-CV-171J |
| RAILROAD COMPANY, INC., ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

### UNITED STATES' RESPONSE TO MOTION OF DEFENDANT/CROSS-CLAIMANT MARVIN M. BRANDT FOR ORAL HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT

Plaintiff United States of America, by and through the United States Attorney for the District of Wyoming and Assistant United States Attorneys Carol A. Statkus and Nicholas Vassallo, responds to the Motion for Oral Hearing on Cross-Motions for Summary Judgment filed by Defendant/Cross-Claimant Marvin M. Brandt as follows:

1

As noted in Brandt's motion, the United States takes no position on the request for oral argument. The Court is in the best position to determine whether oral argument would assist it in determining the issues raised by the cross-motions for summary judgment. If the Court feels oral argument would be helpful, the United States would be pleased to orally present its arguments to the Court. On the other hand, if the Court feels oral argument would not be helpful, the United States has no objection to a decision on the briefs.

Respectfully submitted this 9th day of January, 2008.

> JOHN R. GREEN
> Interim United States Attorney
>
> By: _____
> CAROL A. STATKUS
> NICHOLAS VASSALLO
> Assistant United States Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify a true and correct copy of the **UNITED STATES' RESPONSE TO MOTION OF DEFENDANT/CROSS-CLAIMANT MARVIN M. BRANDT FOR ORAL HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** was served upon the following by the method(s) indicated below on the 9th day of January, 2008.

| | |
|---|---|
| Charles Michael (Steve) Aron | [ ] By Facsimile |
| Aron and Henning, LLP | [ ] By U.S. Mail - postage prepaid |
| 1427 North Fifth Street, Suite 201 | [ ] By Hand Delivery |
| Laramie, WY 82072 | [ ] By Overnight Courier |
| cma@a-hlaw.com | [X] By Electronic Filing |
| *Attorney for Lawrence and Ginny Otterstein* | |

| | |
|---|---|
| William Perry Pendley | [ ] By Facsimile |
| Joshua D. McMahon | [ ] By U.S. Mail - postage prepaid |
| Mountain States Legal Foundation | [ ] By Hand Delivery |
| 2596 South Lewis Way | [ ] By Overnight Courier |
| Lakewood, CO 80227 | [X] By Electronic Filing |
| wppendley@mountainstateslegal.com | |
| jmcmahon@mountainstateslegal.com | |
| *Attorneys for Marvin M. Brandt* | |

| | |
|---|---|
| Richard C. Bohling | [ ] By Facsimile |
| Albany County Attorney's Office | [ ] By U.S. Mail - postage prepaid |
| 525 Grand Avenue, Suite 304 | [ ] By Hand Delivery |
| Laramie, WY 82070 | [ ] By Overnight Courier |
| rbohling@co.albany.wy.us | [X] By Electronic Filing |
| *Attorney for Albany County Commissioners* | |

| | |
|---|---|
| James P. Schermetzler | [ ] By Facsimile |
| Albany County Attorney's Office | [ ] By U.S. Mail - postage prepaid |
| 525 Grand Avenue, Suite 100 | [ ] By Hand Delivery |
| Laramie, WY 82070 | [ ] By Overnight Courier |
| jschermetzler@co.albany.wy.us | [X] By Electronic Filing |
| *Attorney for Albany County Commissioner* | |

| | |
|---|---|
| Karen J. Budd-Falen<br>Brandon Lee Jensen<br>Budd-Falen Law Offices LLC<br>P.O. Box 346<br>Cheyenne, WY 82003-0346<br>main@buddfalen.com<br>*Attorneys for Roger L. Morgan;*<br>*Marilyn & David Yeutter; and Ronald B. and*<br>*Helen D. Yeutter* | [ ] By Facsimile<br>[ ] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[X] By Electronic Filing |
| Philip A. Nicholas<br>Anthony, Nicholas, Goodrich & Tangeman<br>P.O. Box 928<br>Laramie, WY 82073<br>nicholas@wyolegal.com<br>*Attorney for Daniel & Susan McNierney and*<br>*Breazeale Revocable Trust* | [ ] By Facsimile<br>[ ] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[X] By Electronic Filing |
| Theodore C. Preston<br>Prehoda, Leonard & Hanack, LLC<br>P.O. Box 789<br>Laramie, WY 82073-0789<br>tpreston@laramielaw.com<br>*Attorney for Patrick R. and Lynda L. Rinker;*<br>*and Patricia A. Rinker Flanigin, DuWayne &*<br>*Elizabeth Keeney, Kenneth R. Lankford Sr.,*<br>*and Kenneth R. Lankford, II* | [ ] By Facsimile<br>[ ] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[X] By Electronic Filing |
| Mason F. Skiles<br>Skiles & Rodriguez<br>502 South 4th Street<br>Laramie, WY 82070<br>*Attorney for Gary & June Williams and*<br>*Edmund L. and Donna Ellen Gruber* | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |

| | |
|---|---|
| Gay Vanderpoel Woodhouse<br>Gay Woodhouse Law Office<br>211 West 19th Street, Suite 308<br>Cheyenne, WY 82001<br>gaywoodhouselaw@aol.com<br>*Attorney for Donald & Wanda Graff* | [ ] By Facsimile<br>[ ] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[X] By Electronic Filing |
| Karl Morell<br>Ball Janik, LLP<br>1455 F Street N.W., Suite 225<br>Washington, D.C. 20005<br>kmorell@dc.bjllp.com<br>*Attorney for Wyoming & Colorado Railroad Company, Inc.* | [ ] By Facsimile<br>[ ] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[X] By Electronic Filing |
| Juan and Susan Torres<br>3513 Linestone Court<br>Fort Collins, CO 80525 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |
| Bunn Family Trust<br>Debra R. Hinkel, Trustee<br>P.O. Box 1010<br>Laramie, WY 82073 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |
| Ralph L. Lockhart<br>P.O. Box 36<br>Laramie, WY 82073 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |
| Duane and Patricia King<br>1802 Arnold Street<br>Laramie, WY 82070 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |

| | |
|---|---|
| Marilyn Flint and Marjorie Secrest<br>11 French Creek Road<br>Laramie, WY 82070-9718 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |
| Glenna Louise Marrs Trust<br>Glenna Marrs and Rondal Wayne, Trustees<br>376 Gilmore Gulch<br>Laramie, WY 82070 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |
| Snowy Range Properties, LLC<br>1148 State Highway 11<br>Laramie, WY 82070 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |
| Ray L. Waits<br>8736 S. Carr Street<br>Littleton, CO 80128-6914 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |
| Michael and Sally Palmer<br>715 S. 11th Street<br>Laramie, WY 82070 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |
| Robert S. and Dorothy M. Pearce<br>David M. Pearce, Steve M. Pearce and<br>Kathlynn A. Lambert<br>2990 Plateau Drive<br>Salt Lake City, UT 84109 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |

| | |
|---|---|
| Steven P. And Janis A. Taffe<br>4062 Hwy 230<br>Laramie, WY 82070 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |
| Billy M. and Tobin L. Ratliff<br>719 South 4th Street<br>Laramie, WY 82070 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Overnight Courier<br>[ ] By Electronic Filing |

_____
Kelli R. Kozeal
For the United States Attorney's Office